UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

TRACY L. GRANBERRY,

Plaintiff,

v.                                              Case No. 26-CV-15

PATHWAY HOUSE HOMELESS
SHELTER & SAFE HAVEN,

Defendant.

## ORDER

Plaintiff Tracy L. Granberry is currently confined at the Milwaukee Secure Detention Facility and representing himself in this 42 U.S.C. § 1983 case. On February 11, 2026, the Court dismissed the case without prejudice based on Plaintiff's failure to pay the $405 civil case filing fee or to submit a motion for leave to proceed without prepayment of the filing fee along with his six-month certified trust account statement. Dkt. No. 5. On March 19, 2026, Plaintiff filed a motion for reconsideration. Dkt. No. 7. Plaintiff stated that he believed the Court had received his six-month trust account statement because the business office told him that it had timely submitted the trust account statement. *Id.*

On March 20, 2026, the Court indicated that it would take Plaintiff's motion under advisement and ordered Plaintiff to pay the $405 civil case filing fee or submit a motion for leave to proceed without prepayment of the filing fee along with his six-month certified trust account statement by April 13, 2026. Dkt. No. 8. The Court explained that, if Plaintiff timely paid the $405 civil case filing fee or submitted a motion for leave to proceed without prepayment of the filing fee along with his six-month certified trust account statement, it would grant the motion for

reconsideration and reopen the case. The Court warned, however, that if Plaintiff failed to do so, the Court would deny his motion for reconsideration and the dismissal would remain in place.

On April 9, 2026, Plaintiff filed a letter motion for leave to proceed without prepayment of the filing fee. Dkt. No. 9. Yet, to date, Plaintiff has not submitted his six-month trust account statement or explained why he is unable to do so. Under 28 U.S.C. § 1915(a)(2), "[a] prisoner seeking to bring a civil action . . . shall submit a certified copy of the trust fund account statement . . . for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which the prisoner is or was confined." Because Plaintiff has failed to comply with this requirement and the Court's order, the Court will deny Plaintiff's motion for reconsideration.

**IT IS THEREFORE ORDERED** that Plaintiff's motion for reconsideration (Dkt. No. 7) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's letter motion for leave to proceed without prepayment of the filing fee (Dkt. No. 9) is **DENIED as moot**.

Dated at Green Bay, Wisconsin on April 30, 2026.

s/ *Byron B. Conway*
BYRON B. CONWAY
United States District Judge

2